UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMOND ANTHONY HARRIS,

        Plaintiff,                          Case No. 15-cv-12860
                                                  Hon. Matthew F. Leitman

v.

WASHTENAW COUNTY SHERIFF
DEPARTMENT *et al.*,

        Defendants.

_____/

## ORDER SUMMARILY DISMISSING COMPLAINT (ECF #1) WITHOUT PREJUDICE

On August 6, 2015, Plaintiff Demond Anthony Harris ("Harris") filed this prisoner civil-rights action under 42 U.S.C. § 1983.  (*See* ECF #1.) Plaintiff is an inmate at the Washtenaw County Jail.

On August 20, 2015, the Court issued an Order to Correct Deficiency because Harris did not file with the Court any copies of his Complaint to allow service on the five named Defendants.  (*See* ECF #3.)  The Court ordered Harris to file five additional copies of his Complaint with the Court by no later than September 21, 2015.  (*See id.*)  Harris has failed to comply with this Order, and the time for correcting the deficiency has expired.

Accordingly, **IT IS HEREBY ORDERED** that Harris's Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See* Fed. Rule Civ. Proc. 41(b); *Erby v. Kula*, 113 Fed. App'x 74, 75-6 (6th Cir. 2004) (affirming dismissal of prisoner civil-rights action for failure to comply with deficiency order); *Davis v. United States*, 73 Fed. App'x 804, 805 (6th Cir. 2003) (same).

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
Dated:  October 16, 2015            UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2015, by electronic means and/or ordinary mail.

                                          s/Keisha Jackson
                                          Case Manager
                                          (313) 234-5014